IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MADISON CAPITAL COMPANY, LLC**       CIVIL ACTION NO. **10-cv-04216-LS**
    *Plaintiff*

vs.

**JOSEPH GRASSO, et al.,**
    *Defendants*

**PRAECIPE TO DOCKET PLAINTIFF'S EXHIBITS
TO FIRST AMENDED COMPLAINT**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

    Please docket the attached exhibits to Plaintiff's First Amended Complaint (Docket No. 18).

    Respectfully submitted,

    GROSSMAN LAW FIRM, P.C.

    /s/  Laurence A. Mester

    Laurence A. Mester
    Attorney for Plaintiff

    1333 Race Street
    Philadelphia, PA 19107
    (215) 231-9936